FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 0 5 2023
TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:23CR 00102 BSM |
| | ) | |
| ARKEIN LASEAN SETTLES | ) | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about September 8, 2022, the defendant,

ARKEIN LASEAN SETTLES,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, that is:

1. Possession of cocaine, in Pulaski County, Arkansas, Circuit Court in Case Number CR-2002-1776;

2. Forgery - 1st degree and Forgery - 2nd degree, in Pulaski County, Arkansas, Circuit Court in Case Number CR-2002-4265;

3. Possession of cocaine, in Pulaski County, Arkansas, Circuit Court in Case Number CR-2009-780;

4. Aggravated Residential Burglary and Aggravated Robbery, in Pulaski County, Arkansas, Circuit Court in Case Number CR-2009-002989;

5. Breaking or Entering, in Pulaski County, Arkansas, Circuit Court in Case Number CR-2010- 1369;

6. Possession of meth or cocaine, in Pulaski County, Arkansas, Circuit Court in Case Number CR-2018-4597;

7. Possession of meth or cocaine, in Pulaski County, Arkansas, Circuit Court in Case Number CR-2019-3428; and

8. Possession of Schedule I or II meth/cocaine, in Pulaski County, Arkansas, Circuit Court in Case Number CR-19-4685.

B. On or about September 8, 2022, in the Eastern District of Arkansas, the defendant,

ARKEIN LASEAN SETTLES,

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith and Wesson, model MP40, .40 caliber, semi-automatic pistol, bearing serial number DTL6657, in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

Upon conviction of Count 1 of this Indictment, the defendant, ARKEIN LASEAN SETTLES, shall forfeit to the United States under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.